## AMENDED CERTIFICATE OF SERVICE

Due to a typographical error in mailing address by the printing service, the service copy of the Corrected Brief of Appellant was returned on November 12, 2015.

I hereby certify that on this 12th day of November, 2015, I caused the Corrected Brief of Appellant to be re-served with the correct address, via U.S. Mail, postage prepaid, upon Appellant, at the address below:

CEDARIAN GRIER, Register No: 27575-058
FCI Hazelton
Federal Correctional Institution
Post Office Box 5000
Bruceton Mills, West Virginia  26525

/s/ Chiege O. Kalu Okwara
*Counsel for Appellant*